**Order filed July 28, 2016.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00261-CV

_____

### IN RE RONALD WHITFIELD

**On Appeal from the 113th District Court
Harris County, Texas
Trial Court Cause No. 2015-22882**

# O R D E R

The notice of appeal in this case was filed April 6, 2016. To date, the filing fee of $205.00 has not been paid. No evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **August 12, 2016.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM